IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**FREIGHTLINER LLC**, a Delaware, limited liability company,

        Plaintiff,

v.

**J.G. TRADING, INC**, a Florida corporation; **SABINA VIERU**; **JUAN GUERREO**; **CROSS COUNTRY EXPRESS LLC**, an Oregon corporation; **CTA INVESTMENTS, LLC**, an Oregon corporation; **SIBIU INVESTMENTS**, a California corporation; and **DOES 1-15**,

        Defendants.

06-CV-1595-ST

ORDER

**PER A. RAMFJORD**
**VANESSA SORIANO POWER**
Stoel Rives, LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204
(503) 294-9257

        Attorneys for Plaintiff

1 - ORDER

**JAMES M. BARRETT**
**STEVEN K. BLACKHURST**
Ater Wynne, LLP
222 S.W. Columbia
Suite 1800
Portland, OR 97201
(503) 226-8684

>           Attorneys for Defendants J.G. Trading, Inc. and
>           Juan Guerrero

**STEPHEN P. MCCARTHY**
Lane Powell, PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204-3158
(503) 778-2187

>           Attorneys for Defendants Sabina Vieru, Cross
>           Country Express LLC, and CTA Investments, LLC.

**JOSEPH C. ARELLANO**
Kennedy Watts Arellano & Ricks, LLP
1211 S.W. Fifth Avenue
Suite 2850
Portland, OR 97204
(503) 228-6191

>           Attorneys for Defendant Sibiu Investments


**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#41) on June 14, 2007, in which she recommended this Court grant Defendant Juan Guerreo's Motion to Dismiss (#28) Plaintiff's Seventh Claim for Relief of the First Amended Complaint. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and

2 - ORDER

Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#41).  Accordingly, the Court **GRANTS** Defendant Guerreo's Motion to Dismiss (#28) Plaintiff's Seventh Claim for Relief of the First Amended Complaint.

IT IS SO ORDERED.

DATED this 10th day of July, 2007.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge