IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FREIGHTLINER, LLC, a Delaware
limited liability company,

        Plaintiff,                              Civil No. 06-1595-ST

      v.

SABINA VIERU; CROSS COUNTRY          SUMMARY JUDGMENT
EXPRESS, LLC, an Oregon corporation;    ADVICE NOTICE TO *PRO SE*
CTA INVESTMENTS, LLC, an Oregon      DEFENDANT AND NOTICE TO
corporation; SIBIU INVESTMENTS, a        CORPORATE DEFENDANTS
California corporation; and
JOSE F. GUERRERO,

        Defendants.

      The plaintiff has now filed a Motion for Summary Judgment (docket #130) against defendant Sabina Vieru on the Second, Third, and Eighth Claims for Relief for fraud, conversion, and breach of fiduciary duty. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, result in judgment being entered against Ms. Vieru on those claims.

1 -    SUMMARY JUDGMENT ADVICE NOTICE TO *PRO SE* DEFENDANT
       AND NOTICE TO CORPORATE DEFENDANTS, Civil No. 06-1595-ST

Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact – that is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will result in judgment in favor of plaintiff on those claims. When a party suing you makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on your responsive pleadings (Defendants Sabina Vieru, Cross Country Express, LLC, and CTA Investments, LLC's Answer and Affirmative Defenses and Demand for Jury Trial (docket #13)). Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule 56(e), that contradict the facts shown in plaitniff's declarations and documents and show that there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, then summary judgment, if appropriate, may be entered against you. If summary judgment is granted, judgment will be entered against you and there will be no trial.

In addition, the Notice of Attorney Withdrawal (docket #137) filed on March 25, 2011, notifies this court of the withdrawal of counsel for Cross Country Express, LLC, and CTA Investments, LLC. While individual defendant(s) may proceed *pro se*, corporate defendants can only appear in this court through an attorney.

DATED this 29th day of March, 2011.

    /s/ Janice M. Stewart
JANICE M. STEWART
United States Magistrate Judge

2 -   SUMMARY JUDGMENT ADVICE NOTICE TO *PRO SE* DEFENDANT
AND NOTICE TO CORPORATE DEFENDANTS, Civil No. 06-1595-ST