IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**FREIGHTLINER, LLC,**                           3:06-CV-01595-ST

        Plaintiff,                    ORDER

v.

**SABINA VIERU; CROSS COUNTRY EXPRESS, LLC; CTA INVESTMENTS, LLC; and SIBIU INVESTMENTS**,

        Defendants.


**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#147) on June 1, 2011, in which she recommends this Court grant Plaintiff's Motion (#130) for Summary Judgment

1 - ORDER

and enter a judgment in favor of Plaintiff.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#147).  Accordingly, the Court **GRANTS** Plaintiff's Motion (#130) for Summary Judgment.

IT IS SO ORDERED.

DATED this 8th day of July, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER