UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FREIGHTLINER LLC, a Delaware limited
liability company,

        Plaintiff,

v.

SABINA VIERU; CROSS COUNTRY
EXPRESS, LLC, an Oregon corporation; CTA
INVESTMENTS, LLC, an Oregon corporation;
and SIBIU INVESTMENTS, a California
corporation,

        Defendants.

3:06-cv-01595-ST

ORDER OF DISMISSAL

BROWN, Judge

## ORDER

Based on the Plaintiff's Motion for Order of Dismissal, document [202],

IT IS ORDERED AND ADJUDGED that this case is DISMISSED without prejudice and without costs or fees to any party.

DATED this 2nd day of April, 2015.

                                                /s/ Anna J. Brown
                                                ANNA J. BROWN
                                                United States District Judge